Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Lacey S. Bryan (Wyoming Bar No. 8-7016)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: 303-830-0800
bhunsicker@markuswilliams.com
lbryan@markuswilliams.com

ATTORNEYS FOR BOTW HOLDINGS LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Case No. 24-20138 |
| | ) | Chapter 11 |
| BOTW HOLDINGS, LLC | ) | (Subchapter V) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 24-20141 |
| HUSKEMAW OPTICS, LLC, | ) | Chapter 11 |
| Debtor. | ) | (Subchapter V) |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| BEST OF THE WEST | ) | Case No. 24-20142 |
| PRODUCTIONS, LLC, | ) | Chapter 11 |
| Debtor. | ) | (Subchapter V) |
| _____ | ) | |
| | ) | **Jointly Administered Under** |
| BOTW HOLDINGS, LLC, | ) | **Case No. 24-20138** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-02019 |
| | ) | |
| CHRISTINE MICHALETZ, | ) | |
| Defendant. | ) | |

## MOTION TO HOLD ADVERSARY IN ABEYANCE

Plaintiff BOTW Holdings, LLC ("Plaintiff"), debtor and debtor-in-possession in the above-captioned jointly administered chapter 11 cases and plaintiff in the above-captioned adversary, by and through undersigned counsel, hereby files this *Motion to Hold Adversary in Abeyance* (the "Motion").  In support of this Motion and the relief requested herein, Plaintiff states as follows:

1.      On September 22, 2025, Plaintiff filed the *Debtor BOTW Holdings, LLC's Complaint Against Christine Michaletz for Avoidance and Recovery of Transfers* (the "Complaint") against Defendant Christine Michaletz ("Defendant") seeking avoidance and recovery of certain transfers pursuant to 11 U.S.C. §§ 547, 548 and/or 550.

2.      Defendant's answer to the Complaint was filed on January 5, 2026. *See* Doc. 5.

3.      On February 11, 2026, the Court entered a *Scheduling Order*, establishing various dates and deadlines for this proceeding. *See* Doc. 16.

4.      On or about May 4, 2026, Plaintiff, along with Debtors Huskemaw Optics, LLC and Best of the West Productions, LLC (collectively, the "Debtors"), filed a *Motion to Approve Settlement Between Debtors and Dr. John A. McCall, Jr. Under Fed. R. Bankr. P. 9019(a)* (the "Settlement Motion"), seeking approval of a settlement agreement (the "Agreement") reached between the Debtors and creditor Dr. John A. McCall, Jr. ("McCall"). *See* Case No. 24-20138 at Doc. 632.

5.    Pursuant to the terms of the Agreement, the Debtors have agreed to assign any interests in any and all claims against Defendant, including the claims asserted in the instant proceeding, to McCall.

6.    As such, and insofar as the Settlement Motion has not yet been approved by the Court, Plaintiff requests the Court hold this adversary proceeding, and any deadlines set by the Court or established pursuant to the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules, including but not limited to those contained within the Scheduling Order, in abeyance pending the resolution of the Settlement Motion. Plaintiff anticipates that upon approval of the Settlement Motion, a motion requesting substitution of McCall as plaintiff herein will be filed shortly thereafter.

7.    Counsel for Defendant has indicated his client opposes the relief requested herein.

WHEREFORE, Plaintiff respectfully requests the Court enter an order, in the form of proposed order filed herewith, holding this adversary proceeding and any deadlines set by the Court or established pursuant to the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules in abeyance and entering such other and further relief as the Court may deem necessary and appropriate.

Dated: May 19, 2026                                MARKUS WILLIAMS LLC


By: */s/ Bradley T. Hunsicker*
Bradley T. Hunsicker
2120 Carey Ave., Suite 101
Cheyenne, WY 82009
Telephone (307) 778-8178
Email: bhunsicker@markuswilliams.com

*Counsel for Plaintiff BOTW Holdings, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2026 a copy of the foregoing **MOTION TO HOLD ADVERSARY IN ABEYANCE** and the proposed order thereto was electronically filed and served on the following:

**Via CM/ECF**

Cole L. Gustafson
cole@davisandcannon.com

Stuart A. Laven, Jr.
salaven@ubglaw.com

Dated: May 19, 2026

/s/ Bradley T. Hunsicker
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: 303-830-0800